1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   JEFFREY SEVIER,                                    Civil No.   11cv0416-DMS (NLS)

12                                    Petitioner,

13                      vs.                            **SUMMARY DISMISSAL OF**
                                                      **SUCCESSIVE PETITION PURSUANT**
14   VINCENT CULLEN, Warden,                           **TO 28 U.S.C. § 2244(b)(3)(A)**
                                                      **GATEKEEPER PROVISION**
                                      Respondent.
15

16          Petitioner, Jeffrey Sevier, a state prisoner proceeding pro se, has filed a Petition for a

17   Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  This case is summarily dismissed

18   pursuant to 28 U.S.C. § 2244(b)(3)(A) as indicated below.

19          **PETITION BARRED BY GATEKEEPER PROVISION**

20          The instant Petition is not the first Petition for a Writ of Habeas Corpus Petitioner has

21   submitted to this Court challenging his January 10, 2000, conviction in San Diego Superior

22   Court case, o. SCD 145402.  On February 5, 2002, Petitioner filed in this Court a Petition for

23   a Writ of Habeas Corpus in SO. DIST. CA. CIVIL CASE NO. 02cv0225-BTM (JFS).  (See

24   Petition in SO. DIST. CA. CIVIL CASE NO. 02cv0225-BTM (JFS), filed 2/5/02.)  In that petition,

25   Petitioner challenged his sentence imposed in San Diego Superior Court case No. SCD145402

26   as well.  (Id. at p. 1.)  On September 9, 2004, this Court denied the petition on the merits of the

27   claims presented.  (See Order filed 9/01/04 in SO. DIST. CA. CIVIL CASE NO. 02cv0225-BTM

28   (JFS).)  Petitioner did not appeal that judgment.

K:\COMMON\EVERYONE\_EFILE-PROSE\DMS\11cv0416 second successive.wpd, 31511              -1-                                    11cv0416

1    Petitioner filed an application for leave to file a second or successive petition with the

2  Ninth Circuit Court of Appeals on January 23, 2009, which was denied on March 13, 2009.

3  (See Order filed 3/13/09, Doc. No. 2 in 9TH CIR. CT. OF APP. CASE NO. 09-70239.)

4    Petitioner is now seeking to challenge the same conviction he challenged in his prior

5  federal habeas petition.  Unless a petitioner shows he or she has obtained an Order from the

6  appropriate court of appeals authorizing the district court to consider a successive petition, the

7  petition may not be filed in the district court.  *See* 28 U.S.C. § 2244(b)(3)(A).  Here, the Ninth

8  Circuit Court of Appeals has denied Petitioner leave to file a successive petition.

9                                   **CONCLUSION**

10    Accordingly, the Court **DISMISSES** this action without prejudice.  The Clerk shall

11  close the file.

12    **IT IS SO ORDERED.**

13

14  DATED:  March 15, 2011

15

16                                   HON. DANA M. SABRAW
                                     United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28